

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2015

No. 04-15-00433-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY** & Post Oak Clean Green, Inc.,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSERVATION DISTRICT,**
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0863-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on November 10, 2015. No further extensions, absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court